UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin Razzoli, Pro Se
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

City of New York
* Nick Rodelli,
* Hunts Point Co-op Executive Brd.
* Andrew G Celli,
* Public Safety Officer Ramadiz
   Unknown Public Safety Officer N.Y.C. et al.
* Defendants in Official & Indiv. Capacity

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

**16CV 7136**

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name City of New York, Office of Gen. Counsel
Street Address 100 Church Street, 20th Floor
County, City New York, N.Y.
State & Zip Code New York, 10007
Telephone Number _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Nick Rodelli,
Street Address South Bridge, Hunts Point Term. Mkt,

Rev. 05/2010

County, City __BRONX CNTY, BRONX N.Y.__
State & Zip Code __New York  10474__
Telephone Number __(718) 328-8701 or (212) 763 5000__

Defendant No. 2   Name __HUNTS POINT CO-OP BOARD__
Street Address __South Bridge, Hunts Point Market__
County, City __BRONX CNTY, BRONX__
State & Zip Code __New York, 10474__
Telephone Number __(718) 542-2944__

Defendant No. 3   Name __ANDREW Celli__
Street Address __600 5th Ave, 10 th Flr.__
County, City __New York, New York__
State & Zip Code __New York  10020__
Telephone Number __(212) 763-5000__

Defendant No. 4   Name __Officer Ramadiz (Phonetic Spelled)__
Street Address __South Bridge, Hunts Point Mkt__
County, City __BRONX, BRONX__
State & Zip Code __New York, 10474__
Telephone Number __(718) 542-2944__

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Due Process of Law, 4th, 5th, 8th, 14th Amend Violations, Equal Protection of Law Clause, Ex Post Facto Clause violations, See Exhibits A+B__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? HUNTS POINT TERMINAL MARKET (Produce) BRONX New York

B. What date and approximate time did the events giving rise to your claim(s) occur? JUNE 13, 2016 Approximately 9AM .....

C. Facts: That on June 13, 2016 Agent for City of New York, Nick Rodelli, Officer Ramadiz + Several unknown Officer 'Illegally Arrested Kevin Razzoli" + Impede Business without Due Process of Law which violates 4th, 5th, 14th USCA, such was BY orders of the Hunts Point Co-Op Exc. Bad For Past Litigation as stated to me BY Agents For City of New York. .....

[What happened to you?]
[Who did what?]

Nick Rodelli & City of New York / Exculive Co-Op Bad members Refused to "Renew" my Identification Badge which Number is 19006, I have had market ID since 1985 Such Actions violate "Due Process of Law", Ex Post Facto Clause, + New York Uniform Commercial Code 209§2-607 (4), N.Y.C.P.L.R. 302 (a)(1)(A), N.Y. U.C.C. § 207(2) ..

[Was anyone else involved?]
[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

(1) I seek payment in Full of All Money Lost Due To Such Acts in Unison & Concert with One Another which Caused $75,000.00 Loss of Earnings, violation of NY U.CC § 207(2)

(2) 50 million Dollars in Loss Future Bussiness & Earnings Supported By Law in Diaz -v- Gates 420 F3d 899

(3) 10 million Dollars For Illegal Arrest & Retaliation For Exccercising my Right to Access the Court & Defendants Intentional violations of US Constitutional Rights [vested] Pursuant to Due Process of Law 4th, 5th, 6th, 14th, USCA, New York Right to Work Law Enacted in 1945 Covered under Ex Post Facto Clause Art. §9 Cl. 3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of Sept, 2016.

Signature of Plaintiff: Kevin Razzoli

Mailing Address: 83 Wales Ave, 2nd Fl, Jersey City, N.J. 07306

Telephone Number: (201) 344-5064

Fax Number (if you have one): _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

See Attached Exhibits A & B
Rev. 05/2010

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA SMALL
JESSICA CLARKE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

July 8, 2016

**Via Certified Mail/Return Receipt Requested
And Overnight Courier**

Kevin Razzoli
83 Wales Avenue
Jersey City, NJ 07306

Re:   Hunts Point Terminal Produce Market

Dear Mr. Razzoli:

This firm represents the Hunts Point Terminal Produce Market Cooperative Association, Inc. ("the "Co-op"). I write to formally confirm what you have long been aware of: that, having no legitimate purpose on the Co-op's Premises, **you are forbidden from entering those Premises for any purpose.** If you are found on the Premises, you will be subject to immediate arrest and prosecution. Be further advised that any member of the Co-op who assists in facilitating your illegal entry onto the Premises will be subject to legal consequences.

Very truly yours,

Andrew G. Celli, Jr.

C:  Nicholas Rodelli, General Manager
      Hunts Point Terminal Produce Market

Proof of Financial harm by Actions that Impeded me From picking up Funds owed Prior to Alphas Company of NY. Filing Chapter 7 Bankruptcy



**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

Date: 6/15/11

Welcome to 41st PRECINCT
(Command)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

1035 LONGWOOD AVENUE, BX, NY 10459, 718-542-4771
(Address)                                             (Telephone No.)

Complaint Report No.: _____  Accident Report No.: _____  Aided Report No.: _____

Reported to: P. Reyes
              (Rank) (Name)

Date of Occurrence: 6/14/11   Time: _____

Location of Occurrence: (Shield No.) 440 Hunt Point Ave (Market)

Crime: Trespass

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number 718-542-4789/90. Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**

## The Bronx Defenders

Redefining public defense.

You are being represented by The Bronx Defenders.

We do not work for the court. We work for you.

718-838-7878
800-597-7980

360 East 161st Street
Bronx, NY 10451

### $ Bail Info

Bond Amount:
$

Cash Amount:
$

### ❓ What just happened to me?

The Bronx District Attorney's Office has charged you with:

_Trespass_ [name of charge]

— a felony / misdemeanor. [circle one]

You have not pled guilty and have not been convicted of this charge.

### ℹ What do I need to know?

Your docket number is: _____

Your lawyer is: _Alex Conboy_

Contact your lawyer at: 718-838-7878

If you have any questions about your case, call your lawyer.
If your phone number changes, let your lawyer know as soon as possible.

### 🕐 When is my next court date?

You must return to court on _July 27_ at 9:30am.

Go to Part _AP3_ in the Hall of Justice, the new glass building, at 265 East 161st Street.

### Open Case

**❌ What if I miss my court date?**
The judge may issue a warrant for your arrest and could set bail on you. If you know you cannot make your next court date or if you have already missed your court date, call your lawyer immediately.

**✏ What if I get rearrested?**
If you get rearrested, call your lawyer immediately. Tell the police that you are represented by The Bronx Defenders. Tell them, "I will not speak to you about my case without my lawyer."

**BxD Can The Bronx Defenders help me with anything else?**
Yes! We can help you with issues of employment, immigration, housing, public benefits and ACS involvement, just ask your lawyer. The earlier we get involved, the more we can do to help.

Raz Trading LLC
83 Water Ave, 2nd Fl.
Jersey City, N.J. 07306

Pro-Se

Clerk of Court
Southern District of New York
US Court House
500 Pearl Street
New York, New York 10007