RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

July 18, 2019

*Via ECF*

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Razzoli v. City of New York, et al.*, No. 16 Civ. 7136 (LGS)

Dear Judge Schofield,

    This firm represents the Hunts Point Terminal Market defendants. I write in response to Plaintiff *pro se* Kevin Razzoli's letter (ECF # 108) which appears to seek "sanction" against me for either failing to communicate with Mr. Razzoli and/or for alleged "perjury." There is no basis for any sanctions.

    First, I have asked Mr. Razzoli to communicate with me about this case via email. Because Mr. Razzoli is *pro se* and has a pattern of threatening me and my clients, as well as of misrepresenting the content of our communications, I want there to be a clear, written record of what is said by him and by me. Most recently, on July 10, I received a voicemail from Mr. Razzoli that was left at 4:15 p.m. and threatened me with sanctions if I did not return his call by 5:00 p.m. that day. At 5:41 p.m., Mr. Razzoli also sent me an email, which I responded to approximately one hour later. A true and correct copy of this email exchange is attached. As it shows: 1) there was no imminent emergency that required me to contact Mr. Razzoli by 5:00 p.m. on July 10; 2) there is no basis for saying I am not responsive to Mr. Razzoli; and 3) Mr. Razzoli is capable of communicating via email, which is a medium more likely to encourage a professional tone and discourage inappropriate threats.

    Second, I have not misled the Court, much less engaged in any "perjury." I have truthfully reported over the last few months on my efforts to learn more about the status of Mr. Razzoli's criminal appeal, which was difficult because my clients are not parties to that appeal and because Mr. Razzoli did not respond to my requests that he provide proof of the status of the appeal.

    I respectfully request that Mr. Razzoli's request for sanctions be denied. If the Court

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

requires any further information from me, I would be happy to provide it.

                                            Respectfully submitted,

                                                    /s
                                            Zoe Salzman

| | | |
|---|---|---|
| c. | Kevin Razzoli *(via U.S. Mail)*<br>19 Fort Place<br>Staten Island, NY 10301 | Nicholas Manningham, Esq. *(via ECF)*<br>New York City Law Department<br>100 Church St.<br>New York, NY 10007 |

| | |
|---|---|
| **From:** | Kevin Razzoli |
| **To:** | Zoe Salzman; npacia@truccodirect.com; Peter Lolis; Monica Huang |
| **Subject:** | Re: Letter addressed to Judge ie : emailed to you effecting service |
| **Date:** | Wednesday, July 10, 2019 8:44:02 PM |

Ms Salzman
I did not threaten you ,it is legally sound
To take such measures and it is in accordance with law defined in rules of civil procedure
....Thank for such a fast response since in the past you have not

Il mer 10 lug 2019, 6:39 PM Zoe Salzman <zsalzman@ecbalaw.com> ha scritto:

> Mr. Razzoli,
>
> I received a voicemail from you today that was left at 4:15 threatening me with "sanctions" if I did not call you by 5:00 today. I am a busy attorney with many cases. In addition, as I have said to you many times before, I prefer to communicate with you in writing so that there is a clear record of what is said.
>
> Please do not threaten me. It is not appropriate and your pattern of threatening behavior is another reason why I prefer that our communications be in writing.
>
> Judge Schofield issued an order today directing us to file a joint status report on September 2. I've attached the court order here for your records. I will email you shortly before September 2 to prepare the status report together.
>
> I am not aware of anything we need to discuss until then. If there is anything you need to communicate to me before then, you can write it to me in an email and I will promptly respond, as I have responded to your prior emails.
>
> Thank you,
>
>
> Zoe Salzman
>
> Partner
>
> Emery Celli Brinckerhoff & Abady LLP
>
> 600 Fifth Avenue, 10th Floor

New York, NY 10020

phone: 212-763-5000

fax: 212-763-5001

zsalzman@ecbalaw.com

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff& Abady LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (zsalzman@ecbalaw.com) immediately.

**From:** Kevin Razzoli <kevinrazzoli1965@gmail.com>
**Sent:** Wednesday, July 10, 2019 5:41 PM
**To:** Zoe Salzman <zsalzman@ecbalaw.com>
**Subject:** Letter addressed to Judge ie : emailed to you effecting service


   Ms Salzman

   You repeatedly reuse to answer phone calls for over 3 years involving this case therefore violations of Courts Order Exist !

    Call me again at 718 406 2155