USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN RAZZOLI,

            Plaintiff,

   -v-

CITY OF NEW YORK, et al.,

            Defendants.
-------------------------------------------------------------X

**ORDER**

16-CV-7136 (LGS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    By Orders dated July 10, 2019 and October 30, 2019, both Judge Schofield and I, respectively, directed the parties to report to the Court regarding the status of Mr. Razzoli's appeal of his criminal conviction. Dkt. Nos. 106, 115. By letter dated December 2, 2019, Defendants advised the Court that they have no information about the appeal and have been unable to get an update from Mr. Razzoli himself. Dkt. No. 119. The last substantive update received by the Court regarding the appeal was by Mr. Razzoli's letter dated July 8, 2019. Dkt. No. 107. Accordingly, the parties are directed to provide a status update on **January 16, 2020** and every 45 days thereafter, consistent with Judge Schofield's July 10 Order.

    SO ORDERED.

Dated: New York, New York
          December 9, 2019

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**
Kevin Razzoli
114 Belmont Place
Staten Island, NY 10301