USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN RAZZOLI,

              Plaintiff,

   -v-

CITY OF NEW YORK, et al.,

             Defendants.
-------------------------------------------------------------X

**ORDER**

16-CV-7136 (LGS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

     By Order dated February 2, 2017, Judge Schofield stayed this case pending resolution of plaintiff's underlying criminal case. Dkt. No. 20. As of the most recent status update on November 25, 2020, plaintiff's appeal of his criminal conviction is still pending. Dkt. No. 132. On November 30, 2020, plaintiff filed a notice of objection to the delay of trial, alleging that the stay violates his constitutional rights. Dkt. No. 133. Defendants are directed to file a response to plaintiff's objection **no later than December 14, 2020**.

     **SO ORDERED.**

Dated: New York, New York
       December 9, 2020

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to the following:**
Kevin Razzoli
114 Belmont Place
Staten Island, NY 10301