USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN RAZZOLI,                                               :
                                                             :
                Plaintiff,                   :      **ORDER**
                                                             :
   -v-                                                       :      16-CV-7136 (LGS) (JLC)
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                Defendants.                  :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court is in receipt of *pro se* plaintiff's voicemail message to Chambers yesterday requesting that the Court mail a copy of its January 19, 2021 Memorandum Order to him. As requested, the Court will do so. (We had previously mailed the Memorandum Order at the time of its issuance.) In the future, however, all communications with the Court should be in writing, not by telephone.

      **SO ORDERED.**

Dated: New York, New York
       February 25, 2021

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

Kevin Razzoli
114 Belmont Place
Staten Island, New York 10301