

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN RAZZOLI,                                         :
                                                       :
                       Plaintiff,                      :    **ORDER**
                                                       :
        -v-                                            :    16-CV-7136 (LGS) (JLC)
                                                       :
CITY OF NEW YORK, et al.,                              :
                                                       :
                       Defendants.                     :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By letter dated March 19, 2021, *pro se* plaintiff requested, *inter alia*, that this Court bar defendants from making certain arguments and schedule a pretrial conference in the case. These requests are denied as this case remains stayed.

    **SO ORDERED.**

Dated:  New York, New York
        March 26, 2021

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been
mailed to the following:**

Kevin Razzoli
114 Belmont Place
Staten Island, New York 10301