**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN RAZZOLI,

                Plaintiff,

-against-                                                                                  16 **CIVIL** 7136 (LGS)

                                                                              **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 8, 2022, Defendants' motion to dismiss is GRANTED, and Plaintiff's motion to disqualify is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

        June 9, 2022

                                                                  **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                  **BY:**     *K. Mango*

                                                                  **Deputy Clerk**